IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE,

| | |
|---|---|
| DEVEARL L. BACON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DANA METZGER, Warden, ) <br> and ATTORNEY GENERAL OF ) <br> THE STATE OF DELAWARE, ) <br> ) <br> Respondents. ) | Civil Action No. 16-1297-LPS |

## ORDER OF DISMISSAL

At Wilmington this 17th day of July, 2018, having reviewed Petitioner Devearl L. Bacon's Motion for Voluntary Dismissal stating he wishes to withdraw his 2254 Petition in order to seek authorization from the Third Circuit Court of Appeals to file a second or successive habeas petition (D.I. 6);

IT IS ORDERED that:

1. Petitioner's habeas application filed pursuant to 28 U.S.C. § 2254 (D.I. 1) is **DISMISSED WITHOUT PREJUDICE.**

2. Based on the foregoing, Petitioner's Motion to Stay Proceedings (D.I. 5) is **DISMISSED** as moot.

3. The Clerk of the Court is shall close the case.

_____
UNITED STATES DISTRICT JUDGE